# EXHIBIT C

An official website of the United States government Here's how you know

Home \ Newsroom

**In This Section**                                                                                    +

## Media Contact

**Press Office**
US Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590
United States
Email: pressoffice@dot.gov
Phone: 1 (202) 366-4570

If you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

# Trump's Transportation Secretary Sean P. Duffy: Follow the Law

Thursday, April 24, 2025

**WASHINGTON, D.C.** – U.S. Transportation Secretary Sean P. Duffy issued a reminder to all recipients of federal transportation funding that they must comply with federal laws. Non-compliance may lead to enforcement actions.

"Federal grants come with a clear obligation to adhere to federal laws," said **U.S. Transportation Secretary Sean P. Duffy**. *"It shouldn't be controversial – enforce our immigration rules, end anti-American DEI policies, and protect free speech. These values reflect the priorities of the American people, and I will take action to ensure compliance."*

Key Letter Excerpts:
*"As recipients of such DOT funds, you have entered into legally enforceable agreements with the United States Government and are obligated to comply fully with all applicable Federal laws and regulations. These laws and regulations include the United States Constitution, Federal statutes, applicable rules, and public policy requirements, including, among others, those protecting free speech and religious liberty and those prohibiting discrimination and enforcing controls on illegal immigration. As Secretary of Transportation, I am responsible for ensuring recipients of DOT financial assistance are aware of and comply with all applicable legal obligations."*

**On Immigration**
*"In addition, your legal obligations require cooperation generally with Federal authorities in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in the enforcement of Federal immigration law. DOT has noted reported instances where some recipients of Federal financial assistance have declined to cooperate with ICE investigations, have issued driver's licenses to individuals present in the United States in violation of Federal immigration law, or have otherwise acted in a manner that impedes Federal law enforcement. Such actions undermine Federal sovereignty in the enforcement of immigration law, compromise the safety and security of the transportation systems supported by DOT financial assistance, and prioritize illegal aliens over the safety and welfare of the American people whose Federal taxes fund DOT's financial assistance programs."*
Cc: WHITE HOUSE EO DIRECTING DHS AND AG TO DENY FEDERAL FUNDING TO SANCTUARY JURISDICTIONS

**On DEI**
*"Whether or not described in neutral terms, any policy, program, or activity that is premised on a prohibited classification, including discriminatory policies or practices designed to achieve so-called "diversity, equity, and inclusion," or "DEI," goals, presumptively violates Federal law. Recipients of DOT financial assistance must ensure that the personnel practices (including hiring, promotions, and terminations) within their organizations are merit-based and do not discriminate based on prohibited categories. Recipients are also precluded from allocating money received under DOT awards—such as through contracts or the provision of other benefits—based on suspect classifications. Any discriminatory actions in your policies, programs, and activities based on prohibited categories constitute a clear violation of Federal law and the terms of your grant agreements."*
Cc: WHITE HOUSE EO ENDING DEI PROGRAMS WITHIN GOVERNMENT AND FACT SHEET



**U.S. DEPARTMENT OF TRANSPORTATION**

1200 New Jersey Avenue, SE
Washington, DC 20590
855-368-4200

**WANT TO KNOW MORE?**

Receive email updates about the latest in Safety, Innovation, and Infrastructure.

**SUBSCRIBE NOW**

| ABOUT DOT | OPERATING ADMINISTRATIONS |
|---|---|
| Meet the Secretary | FAA |
| Mission | FHWA |
| Newsroom | FMCSA |
| Social Media | FRA |
| Leadership | FTA |
| Regulations | GLS |
| Transit Benefit Policy | MARAD |
| Careers | NHTSA |
| Contact Us | OIG |
| | OST |
| | PHMSA |

| RESEARCH AND TECHNOLOGY | PRIORITIES |
|---|---|
| Office of the Assistant Secretary for Research and Technology | Infrastructure Investment and Jobs Act |
| Bureau of Transportation Statistics | Cybersecurity |
| Volpe Center | Safety |
| Ask-A-Librarian | Transformation |

**POLICIES, RIGHTS, AND LEGAL**

USA.gov

Privacy Policy

FOIA

Budget and Performance

No FEAR Act

Cummings Act Notices

Ethics

Web Policies and Notices

Vulnerability Disclosure Policy

Digital Accessibility