# EXHIBIT D



---
Attachment 1

---

# GENERAL TERMS AND CONDITIONS

Revision Date: April 16, 2025



# General Terms and Conditions
# Table of Contents

ATTACHMENT 1 .................................................................................................................................... 7

ARTICLE 1:  TERMS AND CONDITIONS ................................................................................................ 7

    1.1    General Terms and Conditions ............................................................................................ 7

    1.2    Project-Specific Terms and Conditions ................................................................................ 7

    1.3    Program-Specific Clauses .................................................................................................... 7

    1.4    Exhibits ................................................................................................................................ 8

ARTICLE 2:  FRA ROLE AND RESPONSIBILITIES ................................................................................... 8

    2.1    FRA Role .............................................................................................................................. 8

    2.2    FRA Professional Staff ......................................................................................................... 8

ARTICLE 3:  RECIPIENT ROLE ............................................................................................................... 9

    3.1    Representations and Acknowledgments on the Project .................................................... 9

    3.2    Representations on Authority and Capacity ...................................................................... 9

    The Recipient represents that: ........................................................................................... 9

    3.3    FRA Reliance ...................................................................................................................... 10

    3.4    Project Delivery ................................................................................................................. 10

    3.5    Rights and Powers Affecting the Project .......................................................................... 10

    3.6    Notification of Changes to Key Personnel ........................................................................ 11

ARTICLE 4:  AWARD AMOUNT, OBLIGATION, AND TIME PERIODS ................................................. 11

    4.1    Federal Award Amount ..................................................................................................... 11

    4.2    Federal Obligations ........................................................................................................... 11

    4.3    Maximum Funding Amount .............................................................................................. 11

    4.4    Budget Period .................................................................................................................... 11

    4.5    Period of Performance ...................................................................................................... 11

ARTICLE 5:  STATEMENT OF WORK, SCHEDULE, AND BUDGET CHANGES ..................................... 11

    5.1    Notification Requirement ................................................................................................. 11

    5.2    Scope and Statement of Work Changes ........................................................................... 12

    5.3    Schedule Changes ............................................................................................................. 12

    5.4    Budget Changes ................................................................................................................ 12

    5.5    Project Cost Savings .......................................................................................................... 13

    5.6    FRA Acceptance of Changes ............................................................................................. 13



ARTICLE 6: GENERAL REPORTING TERMS .................................................................................... 14
   6.1   Alternative Reporting Methods ................................................................................. 14
   6.2   Paperwork Reduction Act Notice .............................................................................. 14
ARTICLE 7: PROGRESS AND FINANCIAL REPORTING ................................................................... 14
   7.1   Quarterly Project Progress Reports and Recertifications ......................................... 14
   7.2   Final Progress Reports and Financial Information .................................................... 15
   7.3   Real Property Reporting ............................................................................................. 15
ARTICLE 8: PERFORMANCE MEASUREMENT AND REPORTING ................................................. 15
   8.1   Baseline Performance Measurement ........................................................................ 15
   8.2   Post-Project Performance Measurement ................................................................. 15
   8.3   Project Outcomes Report .......................................................................................... 16
   8.4   General Performance Measurement Requirements ................................................ 16
   8.5   Outcome Measurement and Reporting Survival ...................................................... 16
ARTICLE 9: NONCOMPLIANCE AND REMEDIES ............................................................................ 16
   9.1   Noncompliance Determinations ................................................................................ 16
   9.2   Remedies .................................................................................................................... 17
   9.3   Other Oversight Entities ............................................................................................ 18
ARTICLE 10: AGREEMENT SUSPENSION AND TERMINATION ..................................................... 18
   10.1   Suspension of Award Activities ................................................................................ 18
   10.2   FRA Termination ....................................................................................................... 19
   10.3   Closeout Termination ............................................................................................... 19
   10.4   Post-Termination Adjustments ................................................................................ 19
   10.5   Non-Terminating Events ........................................................................................... 19
ARTICLE 11: MONITORING, FINANCIAL MANAGEMENT, CONTROLS, AND RECORDS ............. 20
   11.1   Recipient Monitoring and Record Retention ........................................................... 20
   11.2   Financial Records and Audits .................................................................................... 20
   11.3   Internal Controls ....................................................................................................... 21
   11.4   FRA Record Access .................................................................................................... 21
   11.5   Site Visits ................................................................................................................... 21
ARTICLE 12: CONTRACTING AND SUBAWARDING ....................................................................... 21
   12.1   Buy America .............................................................................................................. 21
   12.2   Small and Disadvantaged Business Requirements .................................................. 22
   12.3   Engineering and Design Services [Reserved] ........................................................... 22

12.4 Prohibition on Certain Telecommunications and Video Surveillance Services or Equipment ... 22

12.5 Pass-Through Entity Responsibilities .......................................................................... 22

12.6 Local Hiring Preference for Construction Jobs ............................................................ 22

12.7 Procurement ............................................................................................................... 22

ARTICLE 13: COSTS, PAYMENTS, AND UNEXPENDED FUNDS ................................................. 23

13.1 Limitation of Federal Award Amount ........................................................................ 23

13.2 Project Costs .............................................................................................................. 23

13.3 Timing of Project Costs .............................................................................................. 23

13.4 Recipient Recovery of Federal Funds ........................................................................ 23

13.5 Unexpended Agreement Federal Funds .................................................................... 23

13.6 Interest Earned .......................................................................................................... 24

13.7 Timing of Payments to the Recipient ........................................................................ 24

13.8 Payment Method ....................................................................................................... 24

13.9 Information Supporting Expenditures ...................................................................... 24

13.10 Reimbursement Request Timing Frequency ............................................................. 24

13.11 Program Income ........................................................................................................ 24

ARTICLE 14: PROPERTY AND EQUIPMENT ............................................................................. 25

14.1 General Requirements ............................................................................................... 25

14.2 Relocation and Real Property Acquisition ................................................................. 25

14.3 Use for Originally Authorized Purpose ...................................................................... 25

14.4 Maintenance .............................................................................................................. 25

14.5 Real Property Disposition .......................................................................................... 26

14.6 Equipment Disposition .............................................................................................. 26

14.7 Recordkeeping ........................................................................................................... 26

14.8 Encumbrance ............................................................................................................. 26

ARTICLE 15: AMENDMENTS ................................................................................................... 27

15.1 Bilateral Amendments ............................................................................................... 27

15.2 FRA Unilateral Amendments ..................................................................................... 27

15.3 Other Amendments ................................................................................................... 27

ARTICLE 16: [RESERVED] ........................................................................................................ 27

ARTICLE 17: [RESERVED] ........................................................................................................ 27

ARTICLE 18: LABOR AND WORK ............................................................................................. 27

18.1 Labor and Work .......................................................................................................... 27

**U.S. Department of Transportation**
**Federal Railroad Administration**

ARTICLE 19:  CRITICAL INFRASTRUCTURE SECURITY AND RESILIENCE ....................................................... 28

    19.1    Critical Infrastructure Security and Resilience ............................................................... 28

ARTICLE 20:  FEDERAL FINANCIAL ASSISTANCE, ADMINISTRATIVE, AND NATIONAL POLICY REQUIREMENTS ................................................................................................................................. 28

    20.1    Uniform Administrative Requirements for Federal Awards ......................................... 28

    20.2    Federal Law and Public Policy Requirements ............................................................... 28

    20.3    Federal Freedom of Information Act ............................................................................ 29

    20.4    History of Performance ................................................................................................. 29

    20.5    Whistleblower Protection .............................................................................................. 29

    20.6    External Award Terms and Obligations ......................................................................... 30

    20.7    Incorporated Certifications ............................................................................................ 30

ARTICLE 21:  ASSIGNMENT .................................................................................................................... 30

    21.1    Assignment Prohibited .................................................................................................. 30

ARTICLE 22:  WAIVER ............................................................................................................................. 30

    22.1    Waivers .......................................................................................................................... 30

ARTICLE 23:  ADDITIONAL TERMS AND CONDITIONS ............................................................................ 31

    23.1    Disclaimer of Federal Liability ........................................................................................ 31

    23.2    Environmental Review .................................................................................................. 31

    23.3    Project Maintenance Requirement ............................................................................... 32

    23.4    Appropriations Act Requirements ................................................................................ 32

    23.5    Standards of Conduct .................................................................................................... 32

    23.6    Changed Conditions of Performance ............................................................................ 33

    23.7    Litigation ........................................................................................................................ 33

    23.8    [Reserved] ...................................................................................................................... 33

    23.9    Equipment and Supplies ................................................................................................ 33

    23.10    Safety and Technology Data ........................................................................................ 33

    23.11    Intellectual Property .................................................................................................... 33

    23.12    Liquidation of Recipient Obligations ........................................................................... 33

ARTICLE 24:  CONSTRUCTION AND DEFINITIONS ................................................................................... 34

    24.1    Agreement ..................................................................................................................... 34

    24.2    Construction .................................................................................................................. 34

    24.3    Integration .................................................................................................................... 34

    24.4    Definitions ..................................................................................................................... 34

24.5    Calendar Dates ........................................................................................................................ 35

24.6    Communication in Writing ..................................................................................................... 35

24.7    Severability ............................................................................................................................. 35

ARTICLE 25:  AGREEMENT EXECUTION AND EFFECTIVE DATE ................................................................. 35

25.1    Counterparts .......................................................................................................................... 35

25.2    Effective Date ......................................................................................................................... 36

ARTICLE 26:  PROGRAM-SPECIFIC CLAUSES ............................................................................................ 36

26.1    Interstate Rail Compacts Grant Program ............................................................................... 36

26.2    Railroad Crossing Elimination Program Clauses .................................................................... 38

26.3    Consolidated Rail Infrastructure and Safety Improvements Grants Clauses ......................... 40

26.4    Restoration and Enhancement Grants Clauses ...................................................................... 42

26.5    Federal-State Partnership for Intercity Passenger Rail and Federal-State Partnership for State of Good Repair Clauses ....................................................................................................................... 45

U.S. Department of Transportation
**Federal Railroad Administration**

# ATTACHMENT 1

This Grant Agreement (Agreement) is between the Federal Railroad Administration (FRA) and the Recipient identified in Attachment 2: Project-Specific Terms and Conditions. This Agreement, including the Agreement cover sheet, this Attachment 1, Attachment 2, and Exhibits A–C, constitutes the entire Agreement between FRA and the Recipient regarding the Project as defined in Attachment 2. All prior discussions and understandings concerning the scope and subject matter of this agreement are superseded by this Agreement.

This Agreement is governed by and subject to 2 C.F.R. part 200, Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards, and the U.S. Department of Transportation (USDOT) implementing regulations at 2 C.F.R. part 1201.

## ARTICLE 1: TERMS AND CONDITIONS

**1.1   General Terms and Conditions**

This Attachment 1: General Terms and Conditions, is part of the Agreement between FRA and the Recipient. This Attachment 1 contains the standard terms and conditions governing the administration of this Agreement and the execution of the Project. The General Terms and Conditions incorporate by reference the information contained in Attachment 2 and the Exhibits to this Agreement.

**1.2   Project-Specific Terms and Conditions**

Attachment 2: Project-Specific Terms and Conditions, is part of the Agreement between FRA and the Recipient. Attachment 2 contains Project-Specific Terms and Conditions, which may include special terms and conditions.

**1.3   Program-Specific Clauses**

Article 26 of this Attachment 1 contains the applicable program-specific clauses. The Recipient will comply with the program-specific clauses below that are associated with the grant program identified in Attachment 2 of this Agreement. In the event that the Recipient's grant is not authorized under a program listed below, Article 26 does not apply.

(a)  For Projects funded under the Interstate Rail Compacts program (49 U.S.C. § 22910), the Recipient will comply with the program-specific clauses in Article 26.1.

(b)  For Projects funded under the Railroad Crossing Elimination program (49 U.S.C. § 22909), the Recipient will comply with the program-specific clauses in Article 26.2.

(c)  For Projects funded under the Consolidated Rail Infrastructure and Safety Improvements program (49 U.S.C. § 22907), the Recipient will comply with the program-specific clauses in Article 26.3.

(d)  For Projects funded under the Restoration and Enhancement program (49 U.S.C. § 22908), the Recipient will comply with the program-specific clauses in Article 26.4.



(e)  For Projects funded under the Federal-State Partnership for Intercity Passenger Rail program (49 U.S.C. § 24911) and Federal-State Partnership for State of Good Repair (as authorized in Sections 11103 and 11302 of the Passenger Rail Reform and Investment Act of 2015 (Title XI of the Fixing America's Surface Transportation (FAST) Act, Pub. L. No. 114-94 (2015))), the Recipient will comply with the program-specific clauses in Article 26.5.

**1.4   Exhibits**

Exhibits A–C are part of the Agreement between FRA and the Recipient. The Recipient will comply with Exhibits A–C.

## ARTICLE 2:  FRA ROLE AND RESPONSIBILITIES

**2.1   FRA Role**

(a)  FRA is responsible for funding disbursements to the Recipient under this Agreement. FRA will also conduct oversight and monitoring activities to assess Recipient progress against established performance goals and to assess compliance with terms and conditions, including the Statement of Work and other requirements of this Agreement.

(b)  If this award is made as a Cooperative Agreement, FRA will have substantial programmatic involvement. Substantial involvement means that, after award, technical, administrative, or programmatic staff will assist, guide, coordinate, or otherwise participate with the Recipient in Project activities.

(c)  If this award is made as a Grant, FRA will not have substantial programmatic involvement.

**2.2   FRA Professional Staff**

FRA may provide professional staff to review work in progress, completed products, and to provide or facilitate access to technical assistance when it is available, feasible, and appropriate. FRA professional staff may include the following:

(a)  Financial Analyst. The Financial Analyst will serve as the Recipient's point of contact for systems (e.g., GrantSolutions and the Delphi eInvoicing System) access and troubleshooting as well as for financial monitoring.

(b)  Grant Manager. The Grant Manager will serve as the Recipient's point of contact for grant administration and will oversee compliance with the terms and conditions in this Agreement. The Grant Manager reviews financial reports, performance reports, and works with the Project Manager to facilitate effective Project delivery.

(c)  Project Manager. The Project Manager will serve as the Recipient's point of contact for the technical aspects of Project delivery. The Project Manager coordinates Project deliverable review, provides technical assistance to the Recipient, and generally assesses Project progress and performance.



## ARTICLE 3: RECIPIENT ROLE

**3.1   Representations and Acknowledgments on the Project**

(a) The Recipient represents that:

(1) all material statements of fact in the Application were accurate when the Application was submitted and now; and

(2) the Recipient read and understands the terms and conditions in Attachment 1 and Attachment 2 of this Agreement, the applicable program-specific clauses in Article 26 of this Attachment 1, and the information and conditions in the Exhibits.

(b) The Recipient acknowledges that:

(1) the terms and conditions impose obligations on the Recipient and that the Recipient's non-compliance with the terms and conditions may result in remedial action, including terminating the Agreement, disallowing costs incurred for the Project, requiring the Recipient to refund Federal contributions to FRA, and reporting the non-compliance in the Federal-government-wide integrity and performance system. Recipient acknowledges that the terms and conditions impose such obligations on the Recipient whether the award is made as a Cooperative Agreement, Grant Agreement, or Phased Funding Agreement.

(2) The Recipient acknowledges that the requirements of this Agreement apply to the entire Project, including Project costs satisfied from sources other than Agreement Federal Funds.

(c) By entering into this Agreement with FRA, the Recipient agrees to comply with the terms and conditions in Attachment 1 and Attachment 2, including applicable program-specific clauses in Article 26 of this Attachment 1, Exhibits A–C, and all applicable Federal laws and regulations, including those identified in this Agreement. The Recipient will ensure compliance with all terms of this Agreement and all of its parts for all tiers of subawards and contracts under this Agreement, as appropriate. The Recipient understands that the terms and conditions of this Agreement apply regardless of whether the award is made as a Cooperative Agreement, Grant Agreement, or Phased Funding Agreement.

**3.2   Representations on Authority and Capacity**

The Recipient represents that:

(a) it has the legal authority to receive Federal financial assistance under this Agreement;

(b) it has the legal authority to complete the Project;

(c) all representations and warranties made in the Federal System for Awards Management (SAM.gov) and in the Application are true and correct;

(d)  it has the capacity, including legal, technical, institutional, managerial, and financial capacity, to comply with its obligations under this Agreement and complete the Project;

(e)  the Non-Federal Funds listed in Article 6 of Attachment 2 of this Agreement are committed to fund the Project;

(f)  it has sufficient funds available to ensure that equipment and infrastructure funded under this Agreement will be operated and maintained in compliance with this Agreement and applicable Federal law;

(g)  it has sufficient funds available to ensure that operations funded under this agreement are conducted in compliance with this Agreement and applicable Federal law; and

(h)  the individual executing this agreement on behalf of the Recipient has the legal authority to enter this Agreement and make the statements and certifications in this Agreement on behalf of the Recipient.

**3.3    FRA Reliance**

The Recipient acknowledges that:

(a)  FRA relied on statements of fact in the Application and SAM.gov to select the Project to receive this award;

(b)  FRA relied on statements of fact in the Application, SAM.gov, and this Agreement to determine that the Recipient and the Project are eligible to receive financial assistance under this Agreement;

(c)  FRA relied on statements of fact in the Application, SAM.gov, and this Agreement to determine that the Recipient has the legal authority to implement the Project; and

(d)  FRA relied on statements of fact in both the Application and this Agreement to establish the terms of this Agreement; and

(e)  FRA's selection of the Project to receive this award may have prevented awards to other eligible applicants.

**3.4    Project Delivery**

(a)  The Recipient will implement and complete the Project to FRA's satisfaction under the terms of this Agreement.

(b)  The Recipient will ensure that the Project is financed, constructed, operated, and maintained in accordance with all applicable Federal laws, regulations, and policies.

**3.5    Rights and Powers Affecting the Project**

(a)  The Recipient will not take or permit any action that deprives it of any rights or powers necessary to the Recipient's performance under this Agreement without written approval of FRA.



## ARTICLE 19: CRITICAL INFRASTRUCTURE SECURITY AND RESILIENCE

**19.1   Critical Infrastructure Security and Resilience**

(a)  Consistent with the National Security Presidential Memorandum on Improving Cybersecurity for Critical Infrastructure Control Systems (July 28, 2021) and the National Security Memorandum on Critical Infrastructure Security and Resilience (April 30, 2024), the Recipient will consider physical and cyber security and resilience in planning, design, and oversight of the Project.

(b)  If the Security Risk Designation in Section 1.3 of Attachment 2 of this Agreement is "Elevated," then not later that than two years after the date of this Agreement the Recipient will submit to FRA a report that:

(1)  identifies a cybersecurity point of contact for the transportation infrastructure being improved in the Project;

(2)  summarizes or contains a cybersecurity incident reporting plan for the transportation infrastructure being improved in the Project;

(3)  summarizes or contains a cybersecurity incident response plan for the transportation infrastructure being improved in the Project;

(4)  documents the results of a self-assessment of the Recipient's cybersecurity posture and capabilities; and

(5)  describes any additional actions that the Recipient has taken to consider or address cybersecurity risk of the transportation infrastructure being improved in the Project.

## ARTICLE 20: FEDERAL FINANCIAL ASSISTANCE, ADMINISTRATIVE, AND NATIONAL POLICY REQUIREMENTS

**20.1   Uniform Administrative Requirements for Federal Awards**

The Recipient will comply, and will ensure that other entities receiving funding under this agreement will comply, with the obligations on non-Federal entities under 2 C.F.R. parts 200 and 1201, regardless of whether the Recipient or other entity receiving funding under this agreement is a Non-Federal entity as defined in 2 C.F.R. § 200.1, except that subpart F of part 200 does not apply if the Recipient or Subrecipient is a for-profit entity.

**20.2   Federal Law and Public Policy Requirements**

(a)  The Recipient will ensure that Federal funding is expended in full accordance with the United States Constitution, Federal law, and statutory and public policy requirements: including but not limited to, those protecting free speech, religious liberty, public welfare, the environment, and prohibiting discrimination and the Recipient will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not



impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in and the enforcement of Federal immigration law.

(b) Pursuant to Section 3(b)(iv)(A) of Executive Order 14173, Ending Illegal Discrimination And Restoring Merit-Based Opportunity, the Recipient agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code.

(c) Pursuant to Section 3(b)(iv)(B) of Executive Order 14173, Ending Illegal Discrimination And Restoring Merit-Based Opportunity, by entering into this agreement, the Recipient certifies that it does not operate any programs promoting diversity, equity, and inclusion (DEI) initiatives that violate any applicable Federal anti-discrimination laws.

(d) The failure of this Agreement to expressly identify Federal law applicable to the Recipient or activities under this Agreement does not make that law inapplicable.

**20.3    Federal Freedom of Information Act**

(a) FRA is subject to the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

(b) The Recipient acknowledges that the Application and materials submitted to FRA by the Recipient related to this Agreement will become FRA records that may be subject to public release under 5 U.S.C. § 552. If the Recipient submits any materials to FRA related to this Agreement that the Recipient considers to include trade secret or confidential commercial or financial information, the Recipient should note that the submission contains confidential business information, mark each affected page, and highlight or otherwise denote the portions of the submission that contain confidential business information.

**20.4    History of Performance**

Under 2 C.F.R. § 200.206, any Federal awarding agency may consider the Recipient's performance under this Agreement, when assessing the risks of making a future Federal financial assistance award to the Recipient.

**20.5    Whistleblower Protection**

(a) The Recipient acknowledges that it is a "Recipient" within the scope of 41 U.S.C. § 4712, which prohibits the Recipient from taking certain actions against an employee for certain disclosures of information that the employee reasonably believes are evidence of gross mismanagement of this award, gross waste of Federal funds, or a violation of Federal law related this this award.

(b) The Recipient will inform its employees in writing of the rights and remedies provided under 41 U.S.C. § 4712, in the predominant native language of the workforce.