# EXHIBIT E

**FEDERAL HIGHWAY ADMINISTRATION**

**COMPETITIVE GRANT PROGRAM GENERAL TERMS AND CONDITIONS**

**Date: April 22, 2025**

# TABLE OF CONTENTS

GENERAL TERMS AND CONDITIONS ................................................................................ 6
Article 1 PURPOSE ....................................................................................................................... 6
   1.1     Purpose ............................................................................................................................. 6
Article 2 FHWA ROLE .................................................................................................................. 6
   2.1     Federal Highway Administration (FHWA) Responsibilities. ........................................ 6
Article 3 RECIPIENT ROLE ......................................................................................................... 6
   3.1     Statements on the Project ................................................................................................ 6
   3.2     Statements on Authority and Capacity ........................................................................... 6
   3.3     USDOT FHWA Reliance ................................................................................................ 7
   3.4     Project Delivery. .............................................................................................................. 7
   3.5     Rights and Powers Affecting the Project. ...................................................................... 7
   3.6     Subaward to Designated Subrecipient ........................................................................... 8
   3.7     Designated Subrecipient Statements and Responsibilities ............................................ 8
Article 4 AWARD AMOUNT, OBLIGATION, AND TIME PERIODS ................................... 8
   4.1     Federal Award Amount ................................................................................................... 8
   4.2     Federal Obligations. ........................................................................................................ 8
   4.3     Budget Period. ................................................................................................................. 9
   4.4     Period of Performance. ................................................................................................. 10
Article 5 STATEMENT OF WORK, SCHEDULE, AND BUDGET CHANGES ................... 10
   5.1     Notification Requirement ............................................................................................. 10
   5.2     Scope and Statement of Work Changes ...................................................................... 10
   5.3     Schedule Changes ......................................................................................................... 10
   5.4     Budget Changes. ........................................................................................................... 11
   5.5     FHWA Acceptance of Changes. .................................................................................. 12
Article 6 GENERAL REPORTING TERMS .............................................................................. 12
   6.1     Report Submission ........................................................................................................ 12
   6.2     Alternative Reporting Methods .................................................................................... 12
Article 7 PROGRESS AND FINANCIAL REPORTING .......................................................... 12
   7.1     Project Progress and Financial Reports and Recertifications. .................................... 12
   7.2     Final Progress Reports and Financial Information ..................................................... 13
Article 8 PERFORMANCE REPORTING ................................................................................. 13
   8.1     Baseline Performance Measurement. .......................................................................... 13
   8.2     Post-construction Performance Measurement. ........................................................... 14
   8.3     Project Outcomes Report .............................................................................................. 14
   8.4     General Performance Measures ................................................................................... 14
   8.5     Performance Reporting Survival. ................................................................................ 15
Article 9 NONCOMPLIANCE AND REMEDIES ..................................................................... 15
   9.1     Noncompliance Determinations. .................................................................................. 15
   9.2     Remedies. ...................................................................................................................... 15
   9.3     Other Oversight Entities ............................................................................................... 16
Article 10 AGREEMENT TERMINATION ................................................................................ 16
   10.1    FHWA Termination. ..................................................................................................... 16
   10.2    Closeout Termination. .................................................................................................. 17
   10.3    Post-Termination Adjustments .................................................................................... 17
   10.4    Non-Terminating Events. ............................................................................................. 17

10.5   Other Remedies ........................................................................................... 18
Article 11 MONITORING, FINANCIAL MANAGEMENT, CONTROLS, AND RECORDS ................................................................................................................................. 18
11.1   Recipient Monitoring and Record Retention. ........................................... 18
11.2   Financial Records and Audits. ................................................................. 18
11.3   Internal Controls ...................................................................................... 19
11.4   USDOT Record Access ........................................................................... 19
11.5   Title 23 Oversight Responsibilities ......................................................... 19
Article 12 CONTRACTING AND SUBAWARDS ................................................... 19
12.1   Minimum Wage Rates ............................................................................. 19
12.2   Buy America. ........................................................................................... 19
12.3   Small and Disadvantaged Business Requirements .................................. 19
12.4   Engineering and Design Services ............................................................ 20
12.5   Prohibition on Certain Telecommunications and Video Surveillance Services or Equipment. ........................................................................... 20
12.6   Pass-through Entity Responsibilities ....................................................... 20
12.7   Subaward and Contract Authorization. ................................................... 20
Article 13 COSTS, PAYMENTS, AND UNEXPENDED FUNDS ........................... 20
13.1   Limitation of Federal Award Amount. .................................................... 20
13.2   Projects Costs. ......................................................................................... 21
13.3   Timing of Project Costs. .......................................................................... 21
13.4   Recipient Recovery of Federal Funds ..................................................... 21
13.5   Unexpended Federal Funds ..................................................................... 21
13.6   Timing of Payments to the Recipient. ..................................................... 21
13.7   Payment Method. ..................................................................................... 21
13.8   Information Supporting Expenditures. .................................................... 22
13.9   Reimbursement Frequency ...................................................................... 22
Article 14 LIQUIDATION, ADJUSTMENTS, AND FUNDS AVAILABILITY ..... 22
14.1   Liquidation of Recipient Obligations. ..................................................... 22
Article 15 AGREEMENT MODIFICATIONS ........................................................... 23
15.1   Bilateral Modifications ............................................................................ 23
15.2   Unilateral Contact Modifications. ........................................................... 23
15.3   FHWA Unilateral Modifications. ............................................................ 23
15.4   Other Modifications. ................................................................................ 23
Article 16 Civil Rights and Title VI ............................................................................ 23
16.1   Title VI. .................................................................................................... 23
16.2   Legacy Infrastructure and Facilities. ....................................................... 24
Article 17 CRITICAL INFRASTRUCTURE SECURITY AND RESILIENCE ....... 24
17.1   Critical Infrastructure Security and Resilience ........................................ 24
Article 18 FEDERAL FINANCIAL ASSISTANCE, ADMINISTRATIVE, AND NATIONAL POLICY REQUIREMENTS .................................................................................... 25
18.1   Uniform Administrative Requirements for Federal Awards ................... 25
18.2   Federal Law and Public Policy Requirements. ....................................... 25
18.3   Implementation of Executive Order 14025 ............................................. 25
18.4   Implementation of Executive Order 14173 ............................................. 25
18.5   Federal Freedom of Information Act. ...................................................... 26

18.6   History of Performance ................................................................................................. 26
18.7   Whistleblower Protection. ............................................................................................. 26
18.8   External Award Terms and Obligations. ...................................................................... 26
18.9   Incorporated Certifications ........................................................................................... 27
Article 19 ASSIGNMENT ........................................................................................................ 27
19.1   Assignment Prohibited. ................................................................................................. 27
Article 20 WAIVER .................................................................................................................. 27
20.1   Waivers. ........................................................................................................................ 27
Article 21 ADDITIONAL TERMS AND CONDITIONS ....................................................... 27
21.1   Effect of Urban or Rural Designation. .......................................................................... 27
21.2   Disclaimer of Federal Liability. .................................................................................... 28
21.3   Relocation and Real Property Acquisition. .................................................................. 28
21.4   Equipment Disposition. ................................................................................................ 28
21.5   Environmental Review. ................................................................................................ 28
21.6   Railroad Coordination .................................................................................................. 30
Article 22 MANDATORY AWARD INFORMATION ........................................................... 30
22.1   Information Contained in a Federal Award .................................................................. 30
22.2   Federal Award Identification Number. ........................................................................ 30
22.3   Recipient's Unique Entity Identifier. ............................................................................ 30
Article 23 CONSTRUCTION AND DEFINITIONS ............................................................... 31
23.1   Schedules ...................................................................................................................... 31
23.2   Exhibits ......................................................................................................................... 31
23.3   Construction. ................................................................................................................. 31
23.4   Integration. .................................................................................................................... 31
23.5   Definitions .................................................................................................................... 32
Article 24 AGREEMENT EXECUTION AND EFFECTIVE DATE ..................................... 32
24.1   Counterparts. ................................................................................................................. 32
24.2   Effective Date ............................................................................................................... 32

## Index of Definitions

Environmental Review Entity ................................................................................................... 29
Federal Share .............................................................................................................................. 12
FHWA ........................................................................................................................................... 6
General Terms and Conditions ................................................................................................ 32
Grant ............................................................................................................................................ 32
Grant Amount ............................................................................................................................ 32
Grant Program ........................................................................................................................... 32
Program Statute ......................................................................................................................... 32
Project .......................................................................................................................................... 32
Project Closeout ......................................................................................................................... 17
Project Cost Savings .................................................................................................................. 11
Technical Application ............................................................................................................... 32
Title VI ........................................................................................................................................ 24

## GENERAL TERMS AND CONDITIONS

These General Terms and Conditions are incorporated by reference in this grant agreement under the Grant Program. The term "Recipient" is defined in this grant agreement. This grant agreement includes schedules A through H. The grant agreement may include special terms and conditions in grant agreement articles or schedules.

## ARTICLE 1
## PURPOSE

1.1   **Purpose.** The purpose of this award is to fund the eligible project defined in this grant agreement that has been selected to receive an award for the Grant Program. The parties will accomplish that purpose by achieving the following objectives:

   (1)   timely completing the Project; and

   (2)   ensuring that this award does not substitute for non-Federal investment in the Project, except as proposed in the Technical Application, as modified by schedule E.

## ARTICLE 2
## FHWA ROLE

2.1   **Federal Highway Administration (FHWA) Responsibilities.**

(a)   The FHWA is the operating administration under the United States Department of Transportation ("USDOT") responsible for the administration of the Grant Program, the approval and execution of this grant agreement, and any modifications to this grant agreement under section 15.1.

## ARTICLE 3
## RECIPIENT ROLE

3.1   **Statements on the Project.** The Recipient states that:

   (1)   all material statements of fact in the Technical Application were accurate when that application was submitted; and

   (2)   schedule E documents all material changes in the information contained in that application.

3.2   **Statements on Authority and Capacity.** The Recipient states that:

(1) it has the authority to receive Federal financial assistance under this grant agreement;

(2) it has the legal authority to complete the Project;

(3) it has the capacity, including institutional, managerial, and financial capacity, to comply with its obligations under this grant agreement;

(4) not less than the difference between the total eligible project costs listed in section 3 of schedule D and the Grant Amount listed in section 1 of schedule D is committed to fund the Project;

(5) it has sufficient funds available to ensure that infrastructure completed or improved under this grant agreement will be operated and maintained in compliance with this agreement and applicable Federal law; and

(6) the individual executing this grant agreement on behalf of the Recipient has authority to enter this grant agreement and make the statements in this article 3 and in section 18.9 on behalf of the Recipient.

3.3   **USDOT FHWA Reliance.** The Recipient acknowledges that:

(1) the USDOT FHWA relied on statements of fact in the Technical Application to select the Project to receive this award;

(2) the USDOT FHWA relied on statements of fact in both the Technical Application and this grant agreement to determine that the Recipient and the Project are eligible under the terms of the Notice of Funding Opportunity ("NOFO") in section 7 of schedule D.

(3) the USDOT FHWA's selection of the Project to receive this award prevented awards under the NOFO to other eligible applicants.

3.4   **Project Delivery.**

(a) The Recipient shall complete the Project under the terms of this grant agreement.

(b) The Recipient shall ensure that the Project is financed, constructed, operated, and maintained in accordance with all Federal laws, regulations, and policies that are applicable to the Project.

3.5   **Rights and Powers Affecting the Project.**

(a) The Recipient shall not take or permit any action that deprive it of any rights or powers necessary to the Recipient's performance under this grant agreement without written approval of the FHWA.

(b) The Recipient shall act promptly, in a manner acceptable to the FHWA, to

(4) documents the results of a self-assessment of the Recipient's cybersecurity posture and capabilities; and

(5) describes any additional actions that the Recipient has taken to consider or address cybersecurity risk of the transportation infrastructure being improved in the Project.

## ARTICLE 18
## FEDERAL FINANCIAL ASSISTANCE, ADMINISTRATIVE, AND NATIONAL POLICY REQUIREMENTS

**18.1** **Uniform Administrative Requirements for Federal Awards.** The Recipient shall comply with the obligations on non-Federal entities under 2 C.F.R. parts 200 and 1201.

**18.2** **Federal Law and Public Policy Requirements.**

(a) The Recipient shall ensure that Federal funding is expended in full accordance with the United States Constitution, Federal law, and statutory and public policy requirements: including but not limited to, those protecting free speech, religious liberty, public welfare, the environment, and prohibiting discrimination; and the Recipient will cooperate with Federal officials in the enforcement of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in the enforcement of Federal immigration law.

(b) The failure of this grant agreement to expressly identify Federal law applicable to the Recipient or activities under this grant agreement does not make that law inapplicable.

**18.3** **Implementation of Executive Order 14025.** Consistent with Executive Order 14025, "Worker Organizing and Empowerment" (Apr. 26, 2021), Schedule H, Labor and Work, documents the consideration of job quality and labor rights, standards, and protections related to the Project.

**18.4** **Implementation of Executive Order 14173**

(a) Pursuant to Section (3)(b)(iv)(A), Executive Order 14173, Ending Illegal Discrimination And Restoring Merit-Based Opportunity, the Recipient agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code.

(b) Pursuant to Section (3)(b)(iv)(B), Executive Order 14173, Ending Illegal Discrimination And Restoring Merit-Based Opportunity, by entering into this agreement, the Recipient certifies that it does not operate any programs promoting diversity, equity, and inclusion (DEI) initiatives that violate any applicable Federal