# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>                *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>                *Defendants.* | No. 1:25-cv-208-JJM-PAS |

## PLAINTIFF STATES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF STATES' MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that Plaintiff States, pursuant to Rule 201 of the Federal Rules of Evidence, request that the Court take judicial notice of the publicly available government documents or reports described below in connection with Plaintiff States' Motion for Preliminary Injunction:

1. The January 29, 2025 order issued by U.S. Secretary of Transportation Sean Duffy to all U.S. Department of Transportation operating administrations and departmental offices with the subject, "Ensuring Reliance upon Sound Economic Analysis in Department of Transportation Policies, Programs, and Activities." A true and accurate copy of that order is attached as **Exhibit 1** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of that order is available on the U.S. Department of Transportation website at the following URL: https://tinyurl.com/5n83xj5f (last accessed May 20, 2025).

2. The April 24, 2025 letter issued by U.S. Secretary of Transportation Sean Duffy to all recipients of U.S. Department of Transportation funding. A true and accurate copy of that

1

letter is attached as **Exhibit 2** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of the letter is available on the U.S. Department of Transportation website at the following URL: https://tinyurl.com/3h5dwnjf (last accessed May 20, 2025).

3. The April 24, 2025 press release issued by the U.S. Department of Transportation regarding the April 24, 2025 letter U.S. Secretary of Transportation Sean Duffy issued to all U.S. Department of Transportation funding recipients. A true and accurate copy of the April 24, 2025 press release is attached as **Exhibit 3** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of the press release is available at the following URL: https://tinyurl.com/muf5jsun (last accessed May 20, 2025).

4. The general terms and conditions governing federal financial assistance awarded by the Federal Railroad Administration, revised as of April 23, 2025. True and accurate excerpts of the Federal Railroad Administration's April 23, 2025 general terms and conditions are attached as **Exhibit 4** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of the Federal Railroad Administration's April 23, 2025 general terms and conditions is available on the Federal Railroad Administration's website at the following URL: https://tinyurl.com/4n67cn4p (last accessed May 20, 2025).

5. The general terms and conditions governing competitive grant programs awarded by the Federal Highway Administration, revised as of April 22, 2025. True and accurate excerpts of the Federal Highway Administration's April 22, 2025 competitive grant program terms and conditions are attached as **Exhibit 5** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of the Federal Highway Administration's April 22, 2025 competitive grant program general terms and conditions is available at the following URL: https://tinyurl.com/yc6tw36w (last accessed May 20, 2025).

6. Version 33 of the master agreement governing financial assistance awarded by the Federal Transit Administration, revised of April 25, 2025. True and accurate excerpts of the Federal Transit Administration's April 25, 2025 master agreement are attached as **Exhibit 6** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of the Federal Transit Administration's April 25, 2025 master agreement is available at the following URL: https://tinyurl.com/2p3p6bjj (last accessed May 20, 2025).

7. Version 33 of the master agreement governing financial assistance awarded by the Federal Transit Administration, with tracked changes reflecting revisions as of April 25, 2025. True and accurate excerpts of the tracked changes version of the Federal Transit Administration's April 25, 2025 master agreement are attached as **Exhibit 7** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of the Federal Transit Administration's April 25, 2025 master agreement is available at the following URL: https://tinyurl.com/52sfdnzh (last accessed May 20, 2025).

8. The agreement template governing the FY 2025 Airport Infrastructure Grant awarded by the Federal Aviation Administration, revised as of May 6, 2025. True and accurate excerpts of the Federal Aviation Administration's May 6, 2025 grant agreement template are attached as **Exhibit 8** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of the Federal Aviation Administration's May 6, 2025 grant agreement template is available at the following URL: https://tinyurl.com/yc4kjffs (last accessed May 20, 2025).

9. The Maritime Administration's general terms and conditions under the fiscal year 2024 Port Infrastructure Development Program Grants, revised as of March 31, 2025. True and accurate excerpts of the Maritime Administration's March 31, 2025 Port Infrastructure Development Program general terms and conditions are attached as **Exhibit 9** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A

publicly available copy of the Maritime Administration's March 31, 2025 Port Infrastructure Development general terms and conditions is available at the following URL: https://tinyurl.com/5y9jjsde (last accessed May 20, 2025).

10. A table of data published by the Federal Highway Administration on its webpage, titled, "FY 2022 – FY 2023 Actual and FY 2024 – FY 2026 Estimated State-by-State Federal-aid Highway Apportionments under the Infrastructure Investment and Jobs Act . . . ." A true and accurate copy of this data is attached as **Exhibit 10** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of this data is available at the following URL: https://tinyurl.com/4j9sryyw (last accessed May 20, 2025).

11. A table of data published by the Federal Transit Administration on its webpage, titled, "FY 2025 Full Year Apportionments State Totals." A true and accurate copy of this data is attached as **Exhibit 11** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of this data is available at the following URL: https://tinyurl.com/ysdfthsa (last accessed May 20, 2025).

12. A table of data published by the Motor Carrier Safety Administration on its webpage, titled, "FY 2024 Estimated MCSAP Funding - Rounded." A true and accurate copy of this data is attached as **Exhibit 12** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of this data is available at the following URL: https://tinyurl.com/24xt3y39 (last accessed May 20, 2025).

13. A table of data published by the National Highway Traffic Safety Administration on its webpage, titled, "FY 2024 Grant Funding Table." A true and accurate copy of this data is attached as **Exhibit 13** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of this data is available at the following URL: https://tinyurl.com/yc79fyzc (last accessed May 20, 2025).

14. A table of data published by the Federal Aviation Administration on its webpage, titled, "Fiscal Year 2024 State Apportionment." A true and accurate copy of this data is

attached as **Exhibit 14** to the Index of Exhibits in Support of Plaintiff States' Motion for a Preliminary Injunction. A publicly available copy of this data is available at the following URL: https://tinyurl.com/2v9y6ks4 (last accessed May 20, 2025).

A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). Here, Plaintiff States ask the court to take judicial notice of **Exhibits 1-14** because these exhibits contain publicly available government records, subject to judicial notice under Federal Rule of Evidence 201(b)(2). Courts "are free . . . to take judicial notice of the existence of government records." *Torrens v. Lockheed Martin Servs. Grp., Inc.*, 396 F.3d 468, 473 (1st Cir. 2005); *see also CFK Sports, Inc. v. Correa-Oppenheimer*, 325 F.R.D. 30, 32 n.3 (D.P.R. 2018) ("Documents contained in the public record, including the records and reports of administrative bodies, are proper subjects of judicial notice."). Accordingly, courts regularly take judicial notice of government records and information published on federal government websites. *See Gent v. CUNA Mut. Ins. Soc'y*, 611 F.3d 79, 84 n.5 (1st Cir. 2010) (taking "judicial notice of the relevant facts provided on the [CDC's] website" because they are "not subject to reasonable dispute"); *see also Pietrangelo v. Sununu*, 15 F.4th 103, 106 n.1 (1st Cir. 2021) (taking judicial notice of "state and federal vaccine distribution data" published online because its "accuracy . . . cannot be reasonably questioned"); *Pietrantoni v. Corcept Therapeutics Inc.*, 640 F. Supp. 3d 197, 204–05 (D. Mass. 2022) (collecting cases taking "judicial notice of information on the FDA's website").

## Conclusion

For the reasons discussed above, the Court should grant judicial notice of Plaintiff States' **Exhibits 1-14**.

May 21, 2025

**ROB BONTA**
  *ATTORNEY GENERAL OF CALIFORNIA*

Michael L. Newman
  *Senior Assistant Attorney General*
Joel Marrero
James E. Stanley
  *Supervising Deputy Attorneys General*
Luke Freedman
Newton Knowles
Christopher Medeiros
Alexis Piazza
Deylin Thrift-Viveros
Delbert Tran
  *Deputy Attorneys General*

/s/ Delbert Tran
Delbert Tran
  *Deputy Attorney General*
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
(415) 229-0110
delbert.tran@doj.ca.gov

*Attorneys for the State of California*


**MATTHEW J. PLATKIN**
  *ATTORNEY GENERAL OF NEW JERSEY*

/s/ Shankar Duraiswamy
Shankar Duraiswamy
  *Deputy Solicitor General*
Mayur P. Saxena
  *Assistant Attorney General*
Maryanne M. Abdelmesih
Surinder K. Aggarwal
Yael Fisher
Nathaniel F. Rubin
  *Deputy Attorneys General*
25 Market St., PO Box 093
Trenton, NJ 08625-0093
(609) 376-2745
shankar.duraiswamy@law.njoag.gov

*Attorneys for the State of New Jersey*

Respectfully submitted,

**KWAME RAOUL**
  *ATTORNEY GENERAL OF ILLINOIS*

/s/ Alex Hemmer
Alex Hemmer
  *Deputy Solicitor General*
Michael M. Tresnowski
R. Henry Weaver
  *Assistant Attorneys General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 590-7932
alex.hemmer@ilag.gov

*Attorneys for the State of Illinois*


**PETER F. NERONHA**
  *ATTORNEY GENERAL OF RHODE ISLAND*

/s/ Patrick Reynolds
Kathryn M. Sabatini (RI Bar No. 8486)
  *Civil Division Chief*
  *Special Assistant Attorney General*
Patrick Reynolds (RI Bar No. 10459)
  *Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 1882
preynolds@riag.ri.gov
ksabatini@riag.ri.gov

*Attorneys for the State of Rhode Island*

**ANTHONY G. BROWN**
  ATTORNEY GENERAL OF MARYLAND

/s/ James C. Luh
James C. Luh
  *Senior Assistant Attorney General*
Office of the Maryland Attorney General
200 Saint Paul Place
20th Floor
Baltimore, MD 21202
(410) 576-6411
jluh@oag.state.md.us

*Attorneys for the State of Maryland*

**WILLIAM TONG**
  ATTORNEY GENERAL OF CONNECTICUT

/s/ Michael K. Skold
Michael K. Skold
  *Solicitor General*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
michael.skold@ct.gov

*Attorneys for the State of Connecticut*

**ANNE E. LOPEZ**
  ATTORNEY GENERAL OF HAWAIʻI

/s/ Kalikoʻonālani D. Fernandes
David D. Day
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
  *Solicitor General*
Department of the Hawaiʻi Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

**PHILIP J. WEISER**
  ATTORNEY GENERAL OF COLORADO

/s/ Sam Wolter
Sam Wolter
  *Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
samuel.wolter@coag.gov

*Attorneys for the State of Colorado*

**KATHLEEN JENNINGS**
  ATTORNEY GENERAL OF DELAWARE

/s/ Ian R. Liston
Ian R. Liston
  *Director of Impact Litigation*
Vanessa L. Kassab
  *Deputy Attorney General*
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

*Attorneys for the State of Delaware*

**AARON M. FREY**
  ATTORNEY GENERAL OF MAINE

/s/ Vivian A. Mikhail
Vivian A. Mikhail
  *Deputy Attorney General*
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
vivian.mikhail@maine.gov

*Attorneys for the State of Maine*

**ANDREA JOY CAMPBELL**
  ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Katherine Dirks
Katherine Dirks
  *Chief State Trial Counsel*
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Attorneys for the Commonwealth of Massachusetts*


**KEITH ELLISON**
  ATTORNEY GENERAL OF MINNESOTA

/s/ Brian S. Carter
Brian S. Carter
  *Special Counsel*
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1400
St. Paul, MN 55101
(651) 757-1010
brian.carter@ag.state.mn.us

*Attorneys for the State of Minnesota*


**RAÚL TORREZ**
  ATTORNEY GENERAL OF NEW MEXICO

/s/ Steven Perfrement
Steven Perfrement
  *Senior Litigation Counsel*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
sperfrement@nmdoj.gov

*Attorneys for the State of New Mexico*


**DANA NESSEL**
  ATTORNEY GENERAL OF MICHIGAN

/s/ Neil Giovanatti
Neil Giovanatti
Michael Dittenber
  *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
DittenberM@michigan.gov

*Attorneys for the People of the State of Michigan*


**AARON D. FORD**
  ATTORNEY GENERAL OF NEVADA

/s/ Heidi Parry Stern
Heidi Parry Stern
  *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Attorneys for the State of Nevada*


**LETITIA JAMES**
  ATTORNEY GENERAL OF NEW YORK

/s/ Zoe Levine
Zoe Levine
  *Special Counsel for Immigrant Justice*
Julie Dona
  *Special Counsel*
Rabia Muqaddam
  *Special Counsel for Federal Initiatives*
Mark Ladov
  *Special Counsel*
28 Liberty Street
New York, NY 10005
(212) 907-4589
zoe.levine@ag.ny.gov

*Attorneys for the State of New York*

**DAN RAYFIELD**
  ATTORNEY GENERAL OF OREGON

/s/ Thomas H. Castelli
Thomas H. Castelli
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
thomas.castelli@doj.oregon.gov

*Attorneys for the State of Oregon*


**NICHOLAS W. BROWN**
  ATTORNEY GENERAL OF WASHINGTON

/s/ Benjamin Seel
Benjamin Seel
Tyler Roberts
Cristina Sepe
Marsha Chien
  *Assistant Attorneys General*
Washington State Office of the Attorney
  General
800 Fifth Avenue
Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Benjamin.Seel@atg.wa.gov
Tyler.Roberts@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Marsha.Chien@atg.wa.gov

*Attorneys for the State of Washington*


**CHARITY R. CLARK**
  ATTORNEY GENERAL OF VERMONT

/s/ Julio A. Thompson
Julio A. Thompson
  *Assistant Attorney General*
  *Co-Director, Civil Rights Unit*
Officer of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3657
julio.thompson@vermont.gov

*Attorneys for the State of Vermont*


**JOSHUA L. KAUL**
  ATTORNEY GENERAL OF WISCONSIN

/s/ Frances Reynolds Colbert
Frances Reynolds Colbert
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-9226
frances.colbert@wisdoj.gov

*Attorneys for the State of Wisconsin*