# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00208 |

**AMENDED DECLARATION OF SERVICE BY E-MAIL**

**AMENDED DECLARATION OF SERVICE BY E-MAIL**

Case Name:   *STATE OF CALIFORNIA, et al., v. U.S. DEPARTMENT OF TRANSPORTATION, et al.*
No.:         1:25-cv-00208-JJM-PAS

I declare:

I am employed in the Office of the California Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. My business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004. My electronic service address is Giomara.Guardado@doj.ca.gov.

On May 22, 2025, I served the attached

- **PLAINTIFF STATES' MOTION FOR A PRELIMINARY INJUNCTION**

- **INDEX OF EXHIBITS TO PLAINTIFF STATES' MOTION FOR A PRELIMINARY INJUNCTION, VOLUMES I AND II**

- **PLAINTIFF STATES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF STATES' MOTION FOR A PRELIMINARY INJUNCTION**

by transmitting a true copy via electronic mail, addressed as follows:

Bethany Wong
Kevin Hubbard
**E-Mail:** Bethany.Wong@usdoj.gov
**E-Mail:** Kevin.Hubbard@usdoj.gov

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on May 22, 2025, at San Francisco, California.

| G. Guardado | */s/ G. Guardado* |
|---|---|
| Declarant | Signature |