UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF MARYLAND; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; AND STATE OF WISCONSIN<br>    *Plaintiffs*<br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation,<br>    *Defendants.* | Case No: 1:25-cv-00208-JJM-PAS |

## NOTICE OF ENTRY OF APPEARANCE

I, Sara M. Bloom, Acting United States Attorney, hereby enter my appearance as counsel for all Defendants in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

SARA M. BLOOM
Acting United States Attorney

/s/ *Sara M. Bloom*
SARA M. BLOOM
Acting U.S. Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001 (Fax)
Email:  Sara.Bloom@usdoj.gov

## CERTIFICATION OF SERVICE

      I hereby certify that on May 23, 2025, I electronically filed the foregoing motion and it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

                                        /s/ *Sara M. Bloom*
                                        Sara M. Bloom