# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br><br>**v.**<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-00208-JJM-PAS |

**DECLARATION OF SERVICE BY E-MAIL**

# DECLARATION OF SERVICE BY E-MAIL

Case Name: **State of California et al. v. U.S. Dep't of Transportation, et al.**    No.    **1:25-cv-00208-JJM-PAS**

I hereby certify that on May 23, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **PLAINTIFF STATE'S AMENDED MOTION FOR A PRELIMINARY INJUNCTION**

- **DECLARATION OF DEYLIN THRIFT-VIVEROS IN SUPPORT OF PLAINTIFF STATE'S AMENDED MOTION FOR A PRELIMINARY INJUNCTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am employed in the Office of the Attorney General of the State of California. My business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013-1230, County of Los Angeles. I am familiar with the business practice at the Office of the Attorney General for collection and processing of electronic mail correspondence. My electronic service address is cristina.gutierrez@doj.ca.gov. In accordance with that practice, correspondence placed within the electronic mail system of the Office of the Attorney General that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 19, 2025, I have electronically served the aforementioned document[s] by emailing them to the following individual[s]:

E-mail: Bethany.Wong@usdoj.gov
*Defendant*

E-mail: Kevin.Hubbart@usdoj.gov
*Defendant*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 23, 2025, at Los Angeles, California.

| C. Gutierrez | s/ *C. Gutierrez* |
|---|---|
| Declarant | Signature |