UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF CALIFORNIA, *et al.*,

                        *Plaintiffs*,

      v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,

                        *Defendants*.

No. 1:25-cv-00208-JJM-PAS

**PLAINTIFF STATES' MOTION TO MODIFY PRELIMINARY INJUNCTION**

    Plaintiff States respectfully ask this Court to modify the existing preliminary injunction and extend its scope to protect two new plaintiffs recently added to the case: the District of Columbia (D.C.) and the Office of the Governor, *ex. rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky (Kentucky Governor's Office). *See* ECF No. 61, First Am. Compl.; Ex. 1 (tracked changes version of Plaintiff States' First Amended Complaint). Plaintiff States met and conferred with Defendants on July 9, 2025, to inquire if Defendants would oppose this motion. Defendants have not yet provided a response.

    On June 19, 2025, this Court entered a preliminary injunction enjoining Defendants U.S. Department of Transportation (U.S. DOT) and Secretary of Transportation Sean P. Duffy from: (1) implementing or enforcing the Immigration Enforcement Condition as set forth in the Duffy Directive; (2) withholding or terminating federal funding based on the Immigration Enforcement Condition, as set forth in the Duffy Directive, absent specific statutory authorization; (3) taking adverse action against any state entity or local jurisdiction, including barring it from receiving or making it ineligible for federal funding, based on the Immigration Enforcement Condition, absent specific statutory authorization; and (4) forbidding and enjoining any attempt to implement the Immigration Enforcement Condition, and any actions by the Defendants to implement or enforce

1

the Immigration Enforcement Condition. ECF No. 57, Prelim. Inj.[1] The Court's preliminary injunction applies to the Plaintiff States and their governmental subdivisions. *Id.*

On July 8, 2025, Plaintiff States filed a first amended complaint adding two additional Plaintiff Parties: D.C. and the Kentucky Governor's Office. *See generally* ECF No. 61, First Am. Compl.; Fed. R. Civ. P. 15(a)(1)(B). The first amended complaint otherwise does not make any substantive changes to Plaintiff States' allegations, claims, or the factual bases for their claims. *See* Ex. 1. In light of these two added Plaintiffs, Plaintiff States ask this Court to modify its preliminary injunction and extend the preliminary injunction to protect D.C. and the Kentucky Governor's Office, in addition to Plaintiff States, for the same reasons this Court granted Plaintiff States' motion for a preliminary injunction.

Here, the recent addition of D.C. and the Kentucky Governor's Office as plaintiffs in this case amounts to circumstances that warrant extension of the preliminary injunction to these new plaintiffs as well. *See Sys. Fed'n No. 91, Ry. Emp. Dep't, AFL-CIO v. Wright*, 364 U.S. 642, 647 (1961); c*f. Auto Driveaway Franchise Sys., LLC v. Auto Driveaway Richmond, LLC*, 928 F.3d 670, 675 (7th Cir. 2019) ("[T]he new pleadings did no more than to add Tactical Fleet to the list of parties; they had no effect on Auto Driveaway's basic grievance. The preliminary injunction is still in place . . . . If circumstances change, the parties are always free to return to the district court to ask for changes."); Fed. R. Civ. P. 65(d)(2) (requiring "parties" to be bound by a preliminary injunction). Both D.C. and the Kentucky Governor's Office raise the same general legal claims as the original Plaintiff States. *See generally* Ex. 1; *cf. also State Farm Mut. Auto. Ins. Co. v. Tri-Borough NY Med. Prac. P.C.*, 120 F.4th 59, 78–79 (2d Cir. 2024) (noting that an amended complaint to add 16 defendants and additional factual details did not "materially change[] the substantive basis" for the claims). For the same reasons this Court concluded that Plaintiff States

---

[1] The Immigration Enforcement Condition, as defined in the Court's preliminary injunction, includes language requiring recipients of U.S. DOT funding to "cooperate with Federal officials in the enforcement of Federal Law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in and the enforcement of Federal immigration law." ECF No. 57 at 2 n.1, Prelim. Inj.

are likely to prevail on the merits, D.C. and the Kentucky Governor's Office are likely to prevail on their claims as well. *See* ECF No. 57 at 1-6, Prelim. Inj.

Additionally, both D.C. and the Kentucky Governor's Office demonstrate that they—like other Plaintiff States—suffer the same types of irreparable harms from Defendants' challenged conduct. Both D.C. and the Kentucky Governor's office receive and rely upon significant sums of U.S. DOT funding to sustain critical programs and projects that ensure safe and reliable transportation systems. *See* Ex. 2 (Kershbaum Decl.), ¶¶ 6-9; Ex. 3 (Gray Decl.), ¶¶ 11-28. Both D.C. and the Kentucky Governor's Office would suffer irreparable harm if U.S. DOT transportation funding were denied, even if funding were restored at a later date. *See* Ex. 2 (Kershbaum Decl.), ¶¶ 6-9, 13-14; Ex. 3 (Gray Decl.), ¶¶ 11-28, 35-36. And both D.C. and the Kentucky Governor's Office risk incurring the same sovereign and public safety harms if they accede to Defendants' unlawful Immigration Enforcement Condition. *See* ECF No. 57 at 7, Prelim. Inj.; *see also, e.g.*, ECF No. 42-1, Ex. 53 (Wong Decl.), ¶¶ 51-53.

Finally, for the same reasons this Court concluded that the balance of equities and public interest favor a preliminary injunction to protect Plaintiff States, those factors likewise favor extending the preliminary injunction to D.C. and the Kentucky Governor's Office as well. *See* ECF No. 57 at 8-9, Prelim. Inj. Thus, this Court should grant this motion and modify its preliminary injunction to apply to D.C. and the Kentucky Governor's Office, in addition to the original Plaintiff States.

## CONCLUSION

This Court should grant Plaintiff States' motion to modify the preliminary injunction to apply to D.C. and the Kentucky Governor's Office, in addition to the original Plaintiff States.

July 10, 2025

**ROB BONTA**
  ATTORNEY GENERAL OF CALIFORNIA

Michael L. Newman
  *Senior Assistant Attorney General*
Joel Marrero
James E. Stanley
  *Supervising Deputy Attorneys General*
Brandy Doyle
Luke Freedman
Newton Knowles
Christopher Medeiros
Deylin Thrift-Viveros
  *Deputy Attorneys General*

/s/ Delbert Tran
Delbert Tran
  *Deputy Attorney General*
California Department of Justice
455 Golden gate Ave., Suite 11000
San Francisco, CA 94102
(415) 229-0110
delbert.tran@doj.ca.gov

*Attorneys for the State of California*


**MATTHEW J. PLATKIN**
  ATTORNEY GENERAL OF NEW JERSEY

/s/ Shankar Duraiswamy
Shankar Duraiswamy
  *Deputy Solicitor General*
Mayur P. Saxena
  *Assistant Attorney General*
Maryanne M. Abdelmesih
Surinder K. Aggarwal
Yael Fisher
Nathaniel Rubin
  *Deputy Attorneys General*
New Jersey Office of Attorney General
25 Market Street, PO Box 093
Trenton, NJ 08625-0093
(609) 376-2745
shankar.duraiswamy@law.njoag.gov

*Attorneys for the State of New Jersey*

Respectfully submitted,

**KWAME RAOUL**
  ATTORNEY GENERAL OF ILLINOIS

/s/ Alex Hemmer
Alex Hemmer
  *Deputy Solicitor General*
Christopher G. Wells
  *Chief of the Public Interest Division*
Darren Kinkead
  *Public Interest Counsel*
R. Sam Horan
Michael M. Tresnowski
R. Henry Weaver
  *Assistant Attorneys General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 590-7932
alex.hemmer@ilag.gov

*Attorneys for the State of Illinois*


**PETER F. NERONHA**
  ATTORNEY GENERAL OF RHODE ISLAND

/s/ Patrick Reynolds
Kathryn M. Sabatini (RI Bar No. 8486)
  *Civil Division Chief*
  *Special Assistant Attorney General*
Patrick Reynolds (RI Bar No. 10459)
  *Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2109
preynolds@riag.ri.gov
ksabatini@riag.ri.gov

*Attorneys for the State of Rhode Island*

**ANTHONY G. BROWN**
  ATTORNEY GENERAL OF MARYLAND

/s/ James C. Luh
James C. Luh
  *Senior Assistant Attorney General*
Office of the Maryland Attorney General
200 Saint Paul Place
20th Floor
Baltimore, MD 21202
(410) 576-6411
jluh@oag.state.md.us

*Attorneys for the State of Maryland*

**WILLIAM TONG**
  ATTORNEY GENERAL OF CONNECTICUT

/s/ Michael K. Skold
Michael K. Skold
  *Solicitor General*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
michael.skold@ct.gov

*Attorneys for the State of Connecticut*

**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

/s/ Mitchell P. Reich
Mitchell P. Reich
  *Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

*Attorneys for the District of Columbia*

**PHILIP J. WEISER**
  ATTORNEY GENERAL OF COLORADO

/s/ Sam Wolter
Sam Wolter
  *Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
samuel.wolter@coag.gov

*Attorneys for the State of Colorado*

**KATHLEEN JENNINGS**
  ATTORNEY GENERAL OF DELAWARE

/s/ Ian R. Liston
Ian R. Liston
  *Director of Impact Litigation*
Vanessa L. Kassab
  *Deputy Attorney General*
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

*Attorneys for the State of Delaware*

**ANNE E. LOPEZ**
  ATTORNEY GENERAL OF HAWAIʻI

/s/ Kalikoʻonālani D. Fernandes
David D. Day
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
  *Solicitor General*
Department of the Hawaiʻi Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

| | |
|---|---|
| **OFFICE OF THE GOVERNOR *EX REL.* ANDY BESHEAR**<br>IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF KENTUCKY<br><br>/s/ S. Travis Mayo<br>S. Travis Mayo<br>  *General Counsel*<br>Taylor Payne<br>  *Chief Deputy General Counsel*<br>Laura C. Tipton<br>Deputy General Counsel<br>  *Office of the Governor*<br>700 Capitol Avenue, Suite 106<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov | **AARON M. FREY**<br>  ATTORNEY GENERAL OF MAINE<br><br>/s/ Vivian A. Mikhail<br>Vivian A. Mikhail<br>  *Deputy Attorney General*<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800<br>vivian.mikhail@maine.gov<br><br>*Attorneys for the State of Maine* |
| **ANDREA JOY CAMPBELL**<br>  ATTORNEY GENERAL OF MASSACHUSETTS<br><br>/s/ Katherine Dirks<br>Katherine Dirks<br>  *Chief State Trial Counsel*<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place<br>Boston, MA 02108<br>(617) 963-2277<br>katherine.dirks@mass.gov<br><br>*Attorneys for the Commonwealth of Massachusetts* | **DANA NESSEL**<br>  ATTORNEY GENERAL OF MICHIGAN<br><br>/s/ Neil Giovanatti<br>Neil Giovanatti<br>Michael Dittenber<br>  *Assistant Attorneys General*<br>Michigan Department of Attorney General<br>525 W. Ottawa Street<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br>DittenberM@michigan.gov<br><br>*Attorneys for the People of the State of Michigan* |

**KEITH ELLISON**
   ATTORNEY GENERAL OF MINNESOTA

/s/ Brian S. Carter
Brian S. Carter
   *Special Counsel*
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1400
St. Paul, MN 55101
(651) 757-1010
brian.carter@ag.state.mn.us

*Attorneys for the State of Minnesota*

**RAÚL TORREZ**
   ATTORNEY GENERAL OF NEW MEXICO

/s/ Steven Perfrement
Steven Perfrement
   *Senior Litigation Counsel*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
sperfrement@nmdoj.gov

*Attorneys for the State of New Mexico*

**DAN RAYFIELD**
   ATTORNEY GENERAL OF OREGON

/s/ Thomas H. Castelli
Thomas H. Castelli
   *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
thomas.castelli@doj.oregon.gov

*Attorneys for the State of Oregon*

**AARON D. FORD**
   ATTORNEY GENERAL OF NEVADA

/s/ Heidi Parry Stern
Heidi Parry Stern
   *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Attorneys for the State of Nevada*

**LETITIA JAMES**
   ATTORNEY GENERAL OF NEW YORK

/s/ Zoe Levine
Zoe Levine
   *Special Counsel for Immigrant Justice*
Julie Dona
   *Special Counsel*
Rabia Muqaddam
   *Special Counsel for Federal Initiatives*
Mark Ladov
   *Special Counsel*
28 Liberty Street
New York, NY 10005
(212) 907-4589
zoe.levine@ag.ny.gov

*Attorneys for the State of New York*

**CHARITY R. CLARK**
   ATTORNEY GENERAL OF VERMONT

/s/ Julio A. Thompson
Julio A. Thompson
   *Assistant Attorney General*
   *Co-Director, Civil Rights Unit*
Officer of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3657
julio.thompson@vermont.gov

*Attorneys for the State of Vermont*

**NICHOLAS W. BROWN**
 ATTORNEY GENERAL OF WASHINGTON

/s/ Benjamin Seel
Benjamin Seel
Tyler Roberts
Cristina Sepe
Marsha Chien
 *Assistant Attorneys General*
Washington State Office of the Attorney
 General
800 Fifth Avenue
Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Benjamin.Seel@atg.wa.gov
Tyler.Roberts@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Marsha.Chien@atg.wa.gov

*Attorneys for the State of Washington*

**JOSHUA L. KAUL**
 ATTORNEY GENERAL OF WISCONSIN

/s/ Frances Reynolds Colbert
Frances Reynolds Colbert
 *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-9226
frances.colbert@wisdoj.gov

*Attorneys for the State of Wisconsin*

8

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of California et al. v. U.S. Dep't of Transportation, et al.** | No. | **1:25-cv-00208-JJM-PAS** |

I hereby certify that on <u>July 10, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **PLAINTIFF STATES' MOTION TO MODIFY PRELIMINARY INJUNCTION (with Exhibits 1- 3)**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 10, 2025</u>, at San Francisco, California.

| Delbert Tran | *Delbert Tran* |
|:---:|:---:|
| Declarant | Signature |