UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, et al.,<br><br>Defendants. | Civil Action No.<br>25-cv-000208-JJM-PAS |

**JOINT MOTION FOR EXPEDITED BRIEFING SCHEDULE**

In an effort to efficiently resolve this case, the parties have conferred and agreed to proceed with cross-motions for summary judgment on a schedule that would allow for the expeditious resolution of this case. To that end, the parties propose the following briefing schedule for cross-motions for summary judgment:

- **August 19, 2025**: Plaintiffs will file their motion for summary judgment and Defendants will file their cross-motion for summary judgment.

- **September 24, 2025**: Defendants will file their opposition and reply to Plaintiffs' motion for summary judgment and Plaintiffs will file their opposition and reply to Defendants' cross-motion for summary judgment.

Because no discovery is expected in the case, the disputed issues are largely legal in nature, and all relevant factual issues will be fully addressed in the parties' summary judgment briefs and exhibits attached thereto, the parties further request that the Court waive the requirement that the parties submit Statements of Undisputed Facts and responses thereto pursuant to Local Civ. R. 56(a). At this

time, Defendants believe that there is no further administrative record to produce apart from documents previously filed with the Court in this action or disclosed to Plaintiffs. Defendants expect to promptly notify the Plaintiffs if they identify any additional records that should be included in the administrative record.

Defendants also request, with Plaintiffs' consent, that the Court waive the requirement that Defendants file an answer to the amended complaint, given that the parties will be proceeding straight to summary judgment briefing.

Dated: July 24, 2025                                  Respectfully submitted,

U.S. DEPARTMENT OF                                **ROB BONTA**
TRANSPORTATION, et al                                  ATTORNEY GENERAL OF CALIFORNIA

By their Attorneys,                                    Michael L. Newman
                                                            *Senior Assistant Attorney General*
/s/ *Sara Miron Bloom*                                 Joel Marrero
SARA MIRON BLOOM                                       James E. Stanley
Acting United States Attorney                              *Supervising Deputy Attorneys*
*General*
RACHNA VYAS                                            Brandy Doyle
Assistant United States Attorney                       Luke Freedman
One Financial Plaza, 17th Floor                        Newton Knowles
Providence, RI 02903                                   Christopher Medeiros
(401) 709-5000                                         Deylin Thrift-Viveros
Rachna.vyas@usdoj.gov                                  Delbert Tran
                                                            *Deputy Attorneys General*

                                                       /s/ Lee I. Sherman
                                                       Lee I. Sherman
                                                            *Deputy Attorney General*
                                                       California Department of Justice
                                                       300 South Spring Street, Suite 1702
                                                       Los Angeles, CA 90013
                                                       (213) 269-6000

                                                       *Attorneys for the State of California*

**KWAME RAOUL**
 ATTORNEY GENERAL OF ILLINOIS

/s/ Alex Hemmer
Alex Hemmer
 *Deputy Solicitor General*
Christopher G. Wells
 *Chief of the Public Interest Division*
Darren Kinkead
 *Public Interest Counsel*
R. Sam Horan
Michael M. Tresnowski
R. Henry Weaver
 *Assistant Attorneys General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 590-7932
alex.hemmer@ilag.gov

*Attorneys for the State of Illinois*

| | |
|---|---|
| **MATTHEW J. PLATKIN**<br>  ATTORNEY GENERAL OF NEW JERSEY | **PETER F. NERONHA**<br>  ATTORNEY GENERAL OF RHODE ISLAND |

/s/ Shankar Duraiswamy
Shankar Duraiswamy
  *Deputy Solicitor General*
Mayur P. Saxena
  *Assistant Attorney General*
Maryanne M. Abdelmesih
Surinder K. Aggarwal
Yael Fisher
Nathaniel Rubin
  *Deputy Attorneys General*
New Jersey Office of Attorney General
25 Market Street, PO Box 093
Trenton, NJ 08625-0093
(609) 376-2745
shankar.duraiswamy@law.njoag.gov

*Attorneys for the State of New Jersey*

/s/ Patrick Reynolds
Kathryn M. Sabatini (RI Bar No. 8486)
  *Civil Division Chief*
  *Special Assistant Attorney General*
Patrick Reynolds (RI Bar No. 10459)
  *Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2109
preynolds@riag.ri.gov
ksabatini@riag.ri.gov

*Attorneys for the State of Rhode Island*

| | |
|---|---|
| **ANTHONY G. BROWN**<br>  ATTORNEY GENERAL OF MARYLAND | **PHILIP J. WEISER**<br>  ATTORNEY GENERAL OF COLORADO |

/s/ James C. Luh
James C. Luh
  *Senior Assistant Attorney General*
Office of the Maryland Attorney General
200 Saint Paul Place
20th Floor
Baltimore, MD 21202
(410) 576-6411
jluh@oag.state.md.us

*Attorneys for the State of Maryland*

/s/ Sam Wolter
Sam Wolter
  *Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
samuel.wolter@coag.gov

*Attorneys for the State of Colorado*

**WILLIAM TONG**
ATTORNEY GENERAL OF CONNECTICUT

/s/ Michael K. Skold
Michael K. Skold
  *Solicitor General*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
michael.skold@ct.gov

*Attorneys for the State of Connecticut*

**KATHLEEN JENNINGS**
ATTORNEY GENERAL OF DELAWARE

/s/ Ian R. Liston
Ian R. Liston
  *Director of Impact Litigation*
Vanessa L. Kassab
  *Deputy Attorney General*
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

*Attorneys for the State of Delaware*

**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

/s/ Mitchell P. Reich
Mitchell P. Reich
  *Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

*Attorneys for the District of Columbia*

**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

/s/ Kalikoʻonālani D. Fernandes
David D. Day
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
  *Solicitor General*
Department of the Hawaiʻi Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

**OFFICE OF THE GOVERNOR *EX REL*. ANDY BESHEAR**
IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF KENTUCKY

*/s/* S. Travis Mayo
S. Travis Mayo
  *General Counsel*
Taylor Payne
  *Chief Deputy General Counsel*
Laura C. Tipton
Deputy General Counsel
  *Office of the Governor*
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

**ANDREA JOY CAMPBELL**
  ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Katherine Dirks
Katherine Dirks
  *Chief State Trial Counsel*
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**AARON M. FREY**
  ATTORNEY GENERAL OF MAINE

/s/ Vivian A. Mikhail
Vivian A. Mikhail
  *Deputy Attorney General*
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
vivian.mikhail@maine.gov

*Attorneys for the State of Maine*

**DANA NESSEL**
  ATTORNEY GENERAL OF MICHIGAN

/s/ Neil Giovanatti
Neil Giovanatti
Michael Dittenber
  *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
DittenberM@michigan.gov

*Attorneys for the People of the State of Michigan*

**KEITH ELLISON**
   ATTORNEY GENERAL OF MINNESOTA

/s/ Brian S. Carter
Brian S. Carter
   *Special Counsel*
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1400
St. Paul, MN 55101
(651) 757-1010
brian.carter@ag.state.mn.us

*Attorneys for the State of Minnesota*

**AARON D. FORD**
   ATTORNEY GENERAL OF NEVADA

/s/ Heidi Parry Stern
Heidi Parry Stern
   *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Attorneys for the State of Nevada*

**RAÚL TORREZ**
   ATTORNEY GENERAL OF NEW MEXICO

/s/ Steven Perfrement
Steven Perfrement
   *Senior Litigation Counsel*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
sperfrement@nmdoj.gov

*Attorneys for the State of New Mexico*

**LETITIA JAMES**
   ATTORNEY GENERAL OF NEW YORK

/s/ Zoe Levine
Zoe Levine
   *Special Counsel for Immigrant Justice*
Julie Dona
   *Special Counsel*
Rabia Muqaddam
   *Special Counsel for Federal Initiatives*
Mark Ladov
   *Special Counsel*
28 Liberty Street
New York, NY 10005
(212) 907-4589
zoe.levine@ag.ny.gov

*Attorneys for the State of New York*

<div style="column-count:2">

**DAN RAYFIELD**
  ATTORNEY GENERAL OF OREGON

/s/ Thomas H. Castelli
Thomas H. Castelli
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
thomas.castelli@doj.oregon.gov

*Attorneys for the State of Oregon*

**NICHOLAS W. BROWN**
  ATTORNEY GENERAL OF WASHINGTON

/s/ Benjamin Seel
Benjamin Seel
Tyler Roberts
Cristina Sepe
Marsha Chien
  *Assistant Attorneys General*
Washington State Office of the Attorney
  General
800 Fifth Avenue
Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Benjamin.Seel@atg.wa.gov
Tyler.Roberts@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Marsha.Chien@atg.wa.gov

*Attorneys for the State of Washington*

**CHARITY R. CLARK**
  ATTORNEY GENERAL OF VERMONT

/s/ Julio A. Thompson
Julio A. Thompson
  *Assistant Attorney General*
  *Co-Director, Civil Rights Unit*
Officer of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3657
julio.thompson@vermont.gov

*Attorneys for the State of Vermont*

**JOSHUA L. KAUL**
  ATTORNEY GENERAL OF WISCONSIN

/s/ Frances Reynolds Colbert
Frances Reynolds Colbert
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-9226
frances.colbert@wisdoj.gov

*Attorneys for the State of Wisconsin*

</div>

## CERTIFICATION OF SERVICE

      I hereby certify that, on July 24, 2025, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 304.

                                              */s/ Sara Miron Bloom*

                                              Sara Miron Bloom
                                              Acting United States Attorney