UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STATE OF CALIFORNIA, *et al.,*

      Plaintiffs,

  v.

U.S. DEPARTMENT OF
TRANSPORTATION, *et al.,*

      Defendants.

Civil Action No. 25-cv-00308-JJM-PAS

**DECLARATION OF SHANNON LOUIE**

I, Shannon Louie, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

1. I have been employed by the U.S. Department of Transportation ("DOT"), Office of the Secretary ("OST"), since April 7, 2024. Currently, I am the Acting Director and Deputy Director for OST's Office of Grants and Financial Assistance in Washington, D.C. I make this declaration based upon personal knowledge and information made known to me in the course of my duties.

2. As the Acting Director of the Office of Grants and Financial Assistance, my duties and responsibilities include providing Departmental guidance and technical assistance regarding the administration of DOT grants and financial assistance.

3. Some DOT grants are discretionary, while others are "formula" grants, in which Congress designates specific amounts to be made available for certain transportation projects based on statutory formulas.

4. DOT administers grants through its operating administrations, including the Federal Aviation Administration, Federal Highway Administration, Federal Motor Carrier Safety Administration, Federal Railroad Administration, Federal Transit Administration, Maritime Administration, National Highway Traffic Safety Administration, Office of the Secretary of Transportation, and Pipeline and Hazardous Materials Safety Administration.

5. In general, to apply for discretionary grants an eligible applicant must submit a proposal in response to a Notice of Funding Opportunity (NOFO). A NOFO describes the overall grant program, including the Assistance Listing Number (ALN), the grant program's objectives, which largely reflect the program's statute, and the grant program's policy priorities. The NOFO establishes what applicants need to do to apply for the fiscal year funds advertised in the NOFO, how DOT will evaluate applications for such funds and

DOT's priorities for funding grant awards made available under that specific NOFO for a particular grant program. It also provides a general overview of the types of noteworthy terms and policy requirements that will be in the grant agreement.

6. The NOFO sets forth the amount of money available under the NOFO for the program and only applies to funds made available under that NOFO. It does not apply to prior awards made under prior NOFOs. NOFOs sometimes contain multiple FYs of funding under one NOFO.

7. Once the application is received, DOT conducts merit reviews and recommends which projects are selected. If an application is selected for award, the applicant must demonstrate that they have met certain pre-award requirements that vary based on the nature of the planned activities before DOT will proceed with the execution of the grant agreement. For example, an applicant may need to acquire a right-of-way for a planned project.

8. To accept a grant award, a recipient usually must accept the terms and conditions of the award by signing the grant agreement. In general, this document incorporates by reference General Terms and Conditions that impose obligations on the recipient, and the recipient is asked to acknowledge these General Terms and Conditions when signing the agreement.

9. DOT operating administrations routinely update their General Terms and Conditions that apply to their programs, approximately once a year or as needed to reflect changes in applicable law or policy. When an operating administration updates its General Terms and Conditions, this information is made available to all applicants selected for award prior to grant agreement execution and a copy of the latest version is generally made available on its public website before it begins incorporating the new version into new federal grants or grant amendments.

10. Throughout the life of a grant, the recipient and DOT operating administrations can make small changes that do not require the execution of a formal grant amendment. For example, the recipient might update its organizational details or make minor revisions. Operating administrations are required to execute a formal grant agreement modification or amendment for specific actions, such as obligating additional phases of funding or changes to the award scope.

11. In general, the Terms and Conditions of grant agreements require the agency to provide the recipient written notice of any perceived violation of the agreement, as do DOT's procedural requirements. *See,* Procedural Requirements for DOT Enforcement Actions Memorandum (Mar. 11, 2025).

12. No funds are available to any prospective applicant for a particular competitive grant program for FY 2025 until after DOT has issued a NOFO advertising such funds, selected recipients under the NOFO, and signed a grant agreement with the selected recipients.

13. DOT grant agreements do not apply retroactively.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of August, 2025.

_____

Shannon Louie
Acting Director, Office of Grants and Financial Assistance
Office of the Secretary, U.S. Department of Transportation