# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**STATE OF CALIFORNIA,**
**et al.,**
    **Plaintiffs,**

  **v.**
                                                    **C.A. No. 25-208 JJM**

**UNITED STATES DEPARTMENT**
**OF TRANSPORTATION, et al,**
    **Defendants.**

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Plaintiffs State of California, State of Illinois, State of New Jersey, State of Rhode Island, State of Maryland, State of Colorado, State of Connecticut, State of Delaware, State of Hawaii, State of Maine, Commonwealth of Massachusetts, People of the State of Michigan, State of Minnesota, State of Nevada, State of New Mexico, State of New York, State of Oregon, State of Vermont, State of Washington, and, State of Wisconsin and against Plaintiff United State Department of Transportation, and, Sean Duffy, in his official capacity as Secretary of Transportation pursuant to the Memorandum and Order entered on November 4th, 2025 by this Court.

                                                                        Enter:

                                                                        /s/ Ryan H. Jackson
                                                                        Deputy Clerk

Dated: November 4, 2025