# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants*. | No. 25-cv-208-JJM-PAS |

## PLAINTIFF STATES' MOTION TO CLARIFY SCOPE OF SUMMARY JUDGMENT ORDER AND FINAL JUDGMENT

On November 4, 2025, the Court granted Plaintiff States' Motion for Summary Judgment in this litigation challenging the U.S. Department of Transportation's (U.S. DOT) requirement that state and local recipients promise cooperation in the enforcement of federal immigration law before receiving transportation funding (the "Immigration Enforcement Condition"). ECF No. 74. This Court declared the Immigration Enforcement Condition unlawful; ordered the Immigration Enforcement Condition "vacated from all grant agreements administered by Defendants"; and permanently enjoined Defendants from implementing or enforcing the Condition "against the States, or otherwise attempting to condition federal transportation funding on State cooperation with federal civil immigration enforcement." *Id.* at 31-32.

Plaintiff States file this motion to clarify three aspects of the Court's Summary Judgment Order and Final Judgment. *See* Fed. R. Civ. P. 59(e). First, Plaintiff States seek to confirm that the permanent injunction also protects Plaintiffs the District of Columbia and the Office of the Governor, *ex. rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky (hereinafter "Kentucky Governor's Office"), in addition to the original 20 Plaintiff

States that filed this action on May 13, 2025. *See* ECF No. 1. On July 8, 2025, Plaintiff States filed an amended complaint adding two additional Plaintiffs—the District of Columbia and Kentucky Governor's Office. ECF No. 61; *see also* July 17, 2025 Minute Order (granting Plaintiff States' motion to extend preliminary injunction to also protect the District of Columbia and the Kentucky Governor's Office). Plaintiff States then filed their Motion for Summary Judgment on behalf of all 22 Plaintiff States, including the two added Plaintiffs. *See, e.g.*, ECF 69 at 8, 50-51. Though this Court granted Plaintiffs' Summary Judgment Motion in full, *see generally* ECF No. 74, the Court's Order and Final Judgment refer only to the original 20 Plaintiff States that filed this action. ECF No. 74 at 1-2; ECF No. 75. Thus, Plaintiff States seek to clarify that the permanent injunction included within the Court's Order and Final Judgment protects all 22 Plaintiff States.

Second, Plaintiff States seek to confirm that the permanent injunction extends to all instrumentalities and local subdivisions (e.g., cities and counties) within Plaintiff States, consistent with the preliminary injunction previously issued by this Court, ECF No. 57 at 9-10 (issuing preliminary injunction to protect "the States and their governmental subdivisions," including prohibitions against adverse action against "any state entity or local jurisdiction"). *Cf. also* Order at 3, ECF No. 75, *Illinois v. Noem*, No. 25-cv-206 (D.R.I. Oct. 14, 2025) (issuing permanent injunction prohibiting defendants from enforcing immigration conditions "against Plaintiff States and their instrumentalities and subdivisions").

Finally, Plaintiff States submit that it would be helpful for the Court to clarify that its Summary Judgment Order and Final Judgment requires Defendants to: (a) remove all conditions requiring cooperation with federal civil immigration enforcement from future grant agreements administered by Defendants, and (b) issue a notice to grant recipients stating that U.S. DOT will not include (or consider void and stricken, to the extent they already exist) any conditions requiring

cooperation with federal civil immigration enforcement in any grant agreements administered by Defendants. *Cf.* Order, ECF No. 75, *Illinois v. FEMA*, No. 25-cv-206 (D.R.I. Oct. 14, 2025) ("[D]efendants shall amend all award documents that they have issued to Plaintiff States and their instrumentalities and subdivisions to remove all 'Compliance with Federal Immigration Law' articles and reissue the amended award documents.").[1]

Plaintiff States met and conferred with Defendants, and Defendants do not oppose this motion.

---

[1] Defendants state that they will provide the following notice to U.S. DOT grant recipients:

On November 4, 2025, the U.S. District Court for the District of Rhode Island issued a decision addressing a U.S. Department of Transportation ("DOT") grant condition requiring recipients to cooperate with federal officials in enforcing federal immigration law (the "Immigration Enforcement Condition" or "IEC"). The Court's order stated that:

The IEC is declared unlawful and ordered vacated from all grant agreements administered by Defendants. Defendants are permanently enjoined from implementing or enforcing the IEC against the States, or otherwise attempting to condition federal transportation funding on State cooperation with federal civil immigration enforcement.

Accordingly, DOT will not include any grant conditions requiring cooperation with federal civil immigration enforcement in any grant agreements presented to grantees for signature on or after November 4, 2025. To the extent any such conditions are included in any grant agreement that was executed or presented for signature prior to November 4, 2025, DOT will not enforce those conditions, the conditions have no legal effect, and the conditions should be considered stricken from the agreements. DOT reserves its rights to appeal the order.

**CONCLUSION**

Plaintiff States respectfully ask the Court to enter an order confirming that: (1) the Court's permanent injunction issued in its Summary Judgment Order (ECF No. 74) and Final Judgment (ECF No. 75) extends to all 22 Plaintiff States, including the District of Columbia and the Kentucky Governor's Office; (2) the Court's permanent injunction issued in its Summary Judgment Order (ECF No. 74) and Final Judgment (ECF No. 75) extends to all instrumentalities and local subdivisions (e.g., cities and counties) within Plaintiff States; and (3) the Court's Summary Judgment Order (ECF No. 74) and Final Judgment (ECF No. 75) requires Defendants to: (a) remove all conditions requiring cooperation with federal civil immigration enforcement from future grant agreements administered by Defendants, and (b) issue a notice to grant recipients stating that U.S. DOT will not include (or consider void and stricken, to the extent they already exist) any conditions requiring cooperation with federal civil immigration enforcement in any grant agreements administered by Defendants.

November 17, 2025

Respectfully submitted,

**ROB BONTA**
  ATTORNEY GENERAL OF CALIFORNIA

Michael L. Newman
  *Senior Assistant Attorney General*
Joel Marrero
Lee Sherman
James E. Stanley
  *Supervising Deputy Attorneys General*
Brandy Doyle
Luke Freedman
Newton Knowles
Deylin Thrift-Viveros
  *Deputy Attorneys General*

/s/ Delbert Tran
Delbert Tran
  *Deputy Attorney General*
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
(415) 229-0110
delbert.tran@doj.ca.gov

*Attorneys for the State of California*

**KWAME RAOUL**
  ATTORNEY GENERAL OF ILLINOIS

/s/ Alex Hemmer
Alex Hemmer
  *Deputy Solicitor General*
Michael M. Tresnowski
R. Henry Weaver
  *Assistant Attorneys General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 590-7932
alex.hemmer@ilag.gov

*Attorneys for the State of Illinois*

**MATTHEW J. PLATKIN**
  ATTORNEY GENERAL OF NEW JERSEY

/s/ Shankar Duraiswamy
Shankar Duraiswamy
  *Deputy Solicitor General*
Mayur P. Saxena
  *Assistant Attorney General*
Maryanne M. Abdelmesih
Surinder K. Aggarwal
Yael Fisher
Nathaniel F. Rubin
  *Deputy Attorneys General*
25 Market St., PO Box 093
Trenton, NJ 08625-0093
(609) 376-2745
shankar.duraiswamy@law.njoag.gov

*Attorneys for the State of New Jersey*

**PETER F. NERONHA**
  ATTORNEY GENERAL OF RHODE ISLAND

/s/ Patrick Reynolds
Kathryn M. Sabatini (RI Bar No. 8486)
  *Civil Division Chief*
  *Special Assistant Attorney General*
Patrick Reynolds (RI Bar No. 10459)
  *Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 1882
preynolds@riag.ri.gov
ksabatini@riag.ri.gov

*Attorneys for the State of Rhode Island*

**ANTHONY G. BROWN**
  ATTORNEY GENERAL OF MARYLAND

/s/ James C. Luh
James C. Luh
  *Senior Assistant Attorney General*
Office of the Maryland Attorney General
200 Saint Paul Place
20th Floor
Baltimore, MD 21202
(410) 576-6411
jluh@oag.state.md.us

*Attorneys for the State of Maryland*


**WILLIAM TONG**
  ATTORNEY GENERAL OF CONNECTICUT

/s/ Michael K. Skold
Michael K. Skold
  *Solicitor General*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
michael.skold@ct.gov

*Attorneys for the State of Connecticut*


**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

/s/ Mitchell P. Reich
Mitchell P. Reich
  *Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

*Attorneys for the District of Columbia*


**PHILIP J. WEISER**
  ATTORNEY GENERAL OF COLORADO

/s/ Sam Wolter
Sam Wolter
  *Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
samuel.wolter@coag.gov

*Attorneys for the State of Colorado*


**KATHLEEN JENNINGS**
  ATTORNEY GENERAL OF DELAWARE

/s/ Ian R. Liston
Ian R. Liston
  *Director of Impact Litigation*
Vanessa L. Kassab
  *Deputy Attorney General*
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

*Attorneys for the State of Delaware*


**ANNE E. LOPEZ**
  ATTORNEY GENERAL OF HAWAIʻI

/s/ Kalikoʻonālani D. Fernandes
David D. Day
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
  *Solicitor General*
Department of the Hawaiʻi Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

**OFFICE OF THE GOVERNOR** *EX REL.*
**ANDY BESHEAR**
IN HIS OFFICIAL CAPACITY AS GOVERNOR
OF THE COMMONWEALTH OF KENTUCKY

/s/ S. Travis Mayo
S. Travis Mayo
  *General Counsel*
Taylor Payne
  *Chief Deputy General Counsel*
Laura C. Tipton
Deputy General Counsel
  *Office of the Governor*
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

**AARON M. FREY**
  ATTORNEY GENERAL OF MAINE

/s/ Vivian A. Mikhail
Vivian A. Mikhail
  *Deputy Attorney General*
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
vivian.mikhail@maine.gov

*Attorneys for the State of Maine*

**ANDREA JOY CAMPBELL**
  ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Katherine Dirks
Katherine Dirks
  *Chief State Trial Counsel*
Hannah C. Vail
  *Assistant Attorney General*
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
hannah.vail@mass.gov

*Attorneys for the Commonwealth of
  Massachusetts*

**DANA NESSEL**
  ATTORNEY GENERAL OF MICHIGAN

/s/ Neil Giovanatti
Neil Giovanatti
Michael Dittenber
  *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
DittenberM@michigan.gov

*Attorneys for the People of the State of
  Michigan*

**KEITH ELLISON**
  ATTORNEY GENERAL OF MINNESOTA

/s/ Brian S. Carter
Brian S. Carter
  *Special Counsel*
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1400
St. Paul, MN 55101
(651) 757-1010
brian.carter@ag.state.mn.us

*Attorneys for the State of Minnesota*

**AARON D. FORD**
  ATTORNEY GENERAL OF NEVADA

/s/ Heidi Parry Stern
Heidi Parry Stern
  *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Attorneys for the State of Nevada*

**RAÚL TORREZ**
  ATTORNEY GENERAL OF NEW MEXICO

/s/ Steven Perfrement
Steven Perfrement
  *Senior Litigation Counsel*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
sperfrement@nmdoj.gov

*Attorneys for the State of New Mexico*

**LETITIA JAMES**
  ATTORNEY GENERAL OF NEW YORK

/s/ Zoe Levine
Zoe Levine
  *Special Counsel for Immigrant Justice*
Julie Dona
  *Special Counsel*
Rabia Muqaddam
  *Special Counsel for Federal Initiatives*
Mark Ladov
  *Special Counsel*
28 Liberty Street
New York, NY 10005
(212) 907-4589
zoe.levine@ag.ny.gov

*Attorneys for the State of New York*

**DAN RAYFIELD**
  ATTORNEY GENERAL OF OREGON

/s/ Thomas H. Castelli
Thomas H. Castelli
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
thomas.castelli@doj.oregon.gov

*Attorneys for the State of Oregon*

**CHARITY R. CLARK**
  ATTORNEY GENERAL OF VERMONT

/s/ Julio A. Thompson
Julio A. Thompson
  *Assistant Attorney General*
  *Co-Director, Civil Rights Unit*
Officer of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3657
julio.thompson@vermont.gov

*Attorneys for the State of Vermont*

**NICHOLAS W. BROWN**
  ATTORNEY GENERAL OF WASHINGTON

/s/ Benjamin Seel
Benjamin Seel
Tyler Roberts
Cristina Sepe
Marsha Chien
  *Assistant Attorneys General*
Washington State Office of the Attorney
  General
800 Fifth Avenue
Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Benjamin.Seel@atg.wa.gov
Tyler.Roberts@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Marsha.Chien@atg.wa.gov

*Attorneys for the State of Washington*

**JOSHUA L. KAUL**
  ATTORNEY GENERAL OF WISCONSIN

/s/ Frances Reynolds Colbert
Frances Reynolds Colbert
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-9226
frances.colbert@wisdoj.gov

*Attorneys for the State of Wisconsin*

# CERTIFICATE OF SERVICE

Case Name:  **State of California et al. v. U.S.**        No.    **1:25-cv-00208-JJM-PAS**
                  **Dep't of Transportation, et al.**

I hereby certify that on <u>November 17, 2025,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **PLAINTIFF STATES' MOTION TO CLARIFY SCOPE OF SUMMARY JUDGMENT ORDER AND FINAL JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 17, 2025,</u> at Los Angeles, California.

| M. Armenakian | /s/ *M. Armenakian* |
|:---:|:---:|
| Declarant | Signature |