UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.* <br><br> *Defendants*. | Case No. 1:25-cv-00208-JJM-PAS |

## **DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that the United States, on behalf of the U.S. Department of Transportation ("DOT") and DOT Secretary Sean Duffy (collectively, "the DOT Defendants"), appeals to the United States Court of Appeals for the First Circuit from the judgment that the district court (McConnell, C.J.) entered in favor of the Plaintiffs on November 4, 2025 (ECF No. 75). The DOT Defendants also appeal from the district court's Memorandum and Order granting Plaintiffs motion for summary judgment (ECF No. 74) and the district court's Text Order on Motion to Clarify entered on November 18, 2025.

    Respectfully submitted,

    U.S. DEPARTMENT OF TRANSPORTATION,
    SEAN DUFFY, in his official capacity as
    Secretary of the Department of Transportation

    By their Attorneys,

    CHARLES C. CALENDA
    United States Attorney

/s/ Lauren S. Zurier
SARA MIRON BLOOM
First Assistant United States Attorney
LAUREN S. ZURIER
RACHNA VYAS
Assistant United States Attorneys
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Lauren.Zurier@usdoj.gov
Sara.bloom@usdoj.gov
Rachna.vyas@usdoj.gov

**Certification of Service**

On this 2nd day of January 2026, I caused the within document to be filed electronically. It is available for viewing and downloading from the Court's ECF system, which will serve it upon all counsel of record.

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney