

# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
|---|

Case Caption: **State of California et al**   vs.   United States Department of Transportation et al

District Court Number: 1:25-cv-00208-JJM-PAS    Presiding Judge: **Judge McConnell**

Notice of Appeal filed by: **Defendant**    Notice of Appeal document number: **78**

Appeal from: ECF 74 MEMORANDUM AND ORDER, ECF 75 JUDGMENT AND 11/18/2025 TEXT ORDER

Other information:

Fee status: **Waived**    Pro se case: Yes ☐  No ☑

Emergency or requires expedition: **No**    *If yes, reason:*

| Record Information |
|---|

Motions Pending    Yes ☐   No ☑

*If yes, document #*

Other record information:

Related case(s) on appeal:

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

Date: 01/05/2026

**HANORAH TYER-WITEK**
Clerk of Court
/s/Cherelle Hill
_____
Deputy Clerk