# United States Court of Appeals
## For the First Circuit

No. 26-1026

STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF MARYLAND; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; DISTRICT OF COLUMBIA; OFFICE OF THE GOVERNOR, ex rel. ANDREW BESHEAR, in the official capacity as Governor of the Commonwealth of Kentucky,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN P. DUFFY, in the official capacity as Secretary of Transportation,

Defendants - Appellants.

**MANDATE**

Entered: January 21, 2026

In accordance with the judgment of January 21, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Maryanne M. Abdelmesih, Surinder K. Aggarwal, Sara Miron Bloom, Kevin M. Bolan, Robert Newman Brewer, Brian S. Carter, Thomas H. Castelli, Marsha Chien, Frances Reynolds Colbert, David Dana Day, Katherine B. Dirks, Michael James Dittenber, Julie Dona, Brandy L. Doyle, Shankar Duraiswamy, Kaliko'onālani Diara Fernandes, Yael Fisher, Luke E. Freedman, Neil Giovanatti, Ben Harrington, Jonathon P. Hauenschild, Alex Hemmer, R. Sam Horan, Vanessa L. Kassab, Darren Bernens Kinkead, Newton N. Knowles III, Mark Howard Ladov,

Joseph S. Larisa Jr., Zoe Levine, Ian R. Liston, James C. Luh, Joel Marrero, Steven Travis Mayo, Vivian A. Mikhail, Rabia Muqaddam, Michael Louis Newman, Taylor Payne, Steven J. Perfrement, Alexis Piazza, Mitchell P. Reich, Patrick S. Reynolds, Tyler S. Roberts, Jonathan T. Rose, Nathaniel Rubin, Kathryn M. Sabatini, Mayur Prasad Saxena, Benjamin M. Seel, Cristina Sepe, Lee I. Sherman, Michael Kenneth Skold, James Edward Stanley, Heidi Parry Stern, Julio A. Thompson, Deylin O. Thrift-Viveros, Laura Crittenden Tipton, Delbert K. Tran, Michael M. Tresnowski, Hannah C. Vail, Rachna Vyas, Robert Henry Weaver, Christopher Graham Wells, Samuel Perry Wolter, Lauren S. Zurier